NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-692

CHAD LAPOINT, AND CONSTANCE A. LAPOINT, INDIVIDUALLY, AND ON BEHALF OF THE MINOR CHILD, ALEXANDER LAPOINT

VERSUS

JASON SMITH, AND LOUISIANA FARM BUREAU CASUALTY INSURANCE COMPANY

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 10-15099
THE HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**NED E. DOUCET, JR.**
**CHIEF JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

AFFIRMED.

Michael Benny Miller
P. O. Box 1630
Crowley, LA 70527-1630
Counsel for: Plaintiff-Appellant
    Chad Lapoint and Constance A. Lapoint

H. David Vaughan, II
P. O. Drawer 1705
Lake Charles, LA 70602-0000
(337) 436-0522
Counsel for: Defendant-Appellee
    Louisiana Farm Bureau Casualty Ins. Co.

Kenny Layne Oliver

P. O. Box 80655
Lafayette, LA 70598-0655
Counsel for: Defendant-Appellee
     Louisiana Farm Bureau MutualInsurance Company and Jason Smith

Chad Ellis Mudd
148 Smith Circle
Cameron, LA 70631
Counsel for: Appellee
     Patsy Ann Abshire

Stephen A. Berniard  Jr.
P.O. Box 820
Lake Charles, LA 70601
Counsel for: Appellee
     Bobby Burleigh and Allstate Ins. Co.

J. B. Jones  Jr.
Jennifer Jones Bercier
P. O. Drawer 1550
Cameron, LA 70631
Counsel for: Defendant-Appellee
     Jason Smith

James Anthony Blanco
One Lakeshore Drive, Ste 1135
Lake Charles, LA 70629
Counsel for: Defendant-Appellee
     State Farm Mutual Auto Ins. Co.

Ralph Jerone Williams
901 Lakeshore Dr. #820
Lake Charles, LA 70601-0000
(337) 491-2844
Counsel for: Defendant-Appellee
     Louisiana, DOTD

Daniel Keith Wall
P. O. Box 1366
Jennings, LA 70546-0000
Counsel for: Defendant-Appellee
     Marcantel, Marcantel & Wall

Michael Hardy Bercier
P. O. Box 1158
Cameron, LA 70631-0000
Counsel for: Appellee
     Kirk Sorrells